**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**LEE FLINT**, individually and on behalf of all others similarly situated,

Plaintiff,

v.

**APOLLOMD BUSINESS SERVICES, LLC and MERCY HEALTH REGIONAL MEDICAL CENTER, LLC d/b/a MERCY HEALTH LORAIN HOSPITAL,**

Defendants.

CASE NO.: 1:25-cv-05439-SEG

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT**

Defendants ApolloMD Business Services LLC ("ApolloMD") and Mercy Health Regional Medical Center, LLC d/b/a Mercy Health Lorain Hospital ("Mercy Health," together with ApolloMD, "Defendants"), in accordance with Federal Rule of Civil Procedure 6(b)(1)(A), respectfully request that the Court extend Defendants' time to respond to the Class Action Complaint (Doc. 1, "Complaint") from November 25, 2025, until and including December 29, 2025. A proposed order is attached hereto for the Court's consideration. In support of this Motion, Defendants state as follows:

1. The instant action stems from a data security incident that impacted Defendants in May 2025 (the "Incident"). (Doc. 1, ¶ 8.)

2. There are three related class actions arising out of the Incident currently pending in this Court, captioned as follows:

a. *Lee Flint v. ApolloMD Business Services, LLC and Mercy Health Regional Medical Center, LLC d/b/a Mercy Health Lorain Hospital*, Case No. 1:25-cv-05439-SEG (N.D. Ga.);

b. *Shawanna Townsend v. ApolloMD Business Services, LLC and Rush Copley Medical Center*, Case No. 1:25-cv-05443-SEG (N.D. Ga.); and

c. *Cathy Odonnell v. ApolloMD Business Services, LLC*, Case No. 1:25-cv-05488-SEG (N.D. Ga.) (together, the "Related Actions).

3. On October 3, 2025, Plaintiffs in the Related Actions filed a Motion to Consolidate Cases and Appoint Interim Co-lead Class Counsel. (Doc. 6.)[1] Plaintiffs' Motion is pending with the Court.

4. On October 14, 2025, Defendants filed their Consent Motion for Extension of Time to Respond to the Complaint (Doc. 8), which the Court granted

---

[1] Defendants do not oppose the Motion to consolidate cases and take no position on Plaintiffs' request for appointment of interim co-lead class counsel but reserve the right to dispute Plaintiffs' allegations or characterization of events at the appropriate time.

(Doc. 9). Accordingly, Defendants' deadline to respond to the Complaint is November 25, 2025.

5. Defendants respectfully request that Defendants be provided an additional thirty-four (34) days to respond to the Complaint to provide additional time for the Court to consider Plaintiffs' Motion.

6. Undersigned counsel conferred with counsel for Plaintiff about the requested extension and has been authorized to represent that Plaintiff consents to this request for extension.

7. Federal Rule of Civil Procedure 6(b)(1)(A) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: … with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

8. Good cause exists for the requested relief, because if the Court were to grant Plaintiffs' Motion, then a new consolidated class action complaint would be filed, and Defendants would avoid potentially wasting judicial and the parties' resources by responding to a non-operative complaint.

9. It is within the Court's discretion to provide for extensions of response deadlines. *See* Fed. R. Civ. P. 6(b)(1)(A); *see also Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) ("[W]e stress the broad discretion district

courts have in managing their cases. . . This discretion . . . is and must be broad.") (citation omitted).

10. No party would be prejudiced by the relief sought in this Motion. Moreover, a short extension should not interfere with the administration of this case as no scheduling order has been entered.

11. A proposed Order is submitted with this Motion for the Court's consideration.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court enter an order extending their time to respond to the Complaint to and including December 29, 2025.

Respectfully submitted, this 21st day of November, 2025.

*/s/ Christopher A. Wiech*
Christopher A. Wiech
Georgia Bar No. 757333
cwiech@bakerlaw.com
**BAKER & HOSTETLER LLP**
1170 Peachtree Street, Suite 2400
Atlanta, Georgia 30309-7676
Telephone: 404.946.9814

*Attorney for Defendants*

**RULE 7.1(D) CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1(C).

This 21st day of November, 2025.

*/s/ Christopher A. Wiech*
Christopher A. Wiech

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused a true and correct copy of the foregoing document to be electronically filed with the Court using the CM/ECF system, which will automatically serve all counsel of record.

This 21st day of November 2025.

*/s/ Christopher A. Wiech*
Christopher A. Wiech