**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| *In re ApolloMD Data Breach Litigation,* | No. 1:25-cv-05439-SEG |

**<u>JOINT NOTICE OF SETTLEMENT</u>**

**PLEASE TAKE NOTICE** that Plaintiffs, on behalf of themselves, and on behalf of all other similarly situated individuals (the "Class" or "Class Members"), and Defendant ApolloMD Business Services, LLC ("Defendant" together with Plaintiffs, the "Parties"), have agreed to the material terms of a proposed class action settlement, to include all clients, business partners, and impacted covered entities managed by ApolloMD and their customers and patients that were impacted in the subject Data Breach, that, if approved by the Court, will resolve this action entirely.

The Parties are currently working on negotiating the remaining terms of the settlement, preparing the settlement agreement and notice documents, and obtaining claims administration bids. Plaintiffs anticipate filing a Motion for Preliminary Approval of Class Action Settlement within thirty (30) days of the filing of this Notice. The Parties request all deadlines in this case remain stayed accordingly and submit a proposed order herewith.

Date: February 2, 2026

*/s/ Casondra Turner*
Casondra Turner (GA Bar No. 418426)
**MILBERG, PLLC**
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303
Tel: (866) 252-0878
cturner@milberg.com

Jeff Ostrow *(pro hac vice)*
**KOPELOWITZ OSTROW P.A.**
One West Law Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 332-4200
ostrow@kolawyers.com

*Interim Co-lead Counsel for Plaintiffs and the Proposed Class*

*/s/ Christopher A. Wiech (with permission)*
Christopher A. Wiech
Chelsea Lamb
**BAKERHOSTETLER**
1170 Peachtree Street, Suite 2400
Atlanta, GA 30309-7676
cwiech@bakerlaw.com
clamb@bakerlaw.com

*Counsel for Defendants ApolloMD Business Services, LLC and Mercy Health Regional Medical Center, LLC d/b/a Mercy Health Lorain Hospital*

**CERTIFICATE OF COMPLIANCE WITH RULE 7.1(D)**

The undersigned hereby certifies that the foregoing brief has been prepared in Times New Roman 14-point font, which is approved by the Court in LR 5.1.

/s/ *Casondra Turner*
Casondra Turner

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 2, 2026, the foregoing was filed using CM/ECF, which will send electronic notice of same to all counsel of record.

/s/ *Casondra Turner*
Casondra Turner