**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| In re ApolloMD Data Breach Litigation, | Lead Case: 1:25-cv-05439-SEG |

# ORDER

Before the Court is a Joint Notice of Settlement filed by Plaintiffs and Defendant ApolloMD Business Services, LLC. For the reasons stated therein and for good cause shown, the case remains **STAYED** until further order of the Court pending conclusion of the Parties' settlement.

Plaintiffs shall file a Motion for Preliminary Approval of Class Action Settlement no later than March 4, 2026.

IT IS SO ORDERED this 3rd day of February, 2026.

Sarah E. Geraghty
United States District Judge

Prepared and presented by:

/s/ *Casondra Turner*
Casondra Turner (GA Bar No. 418426)
MILBERG, PLLC
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303
Telephone: (866) 252-0878
cturner@milberg.com

*Counsel for Plaintiffs and the Proposed Class*